


## MEMORANDUM OPINION

No. 04-11-00734-CR

Dorothy Ann **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-3312
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  November 23, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant is appealing from the trial court's August 18, 2011 Order Amending Conditions of Community Supervision. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. See *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see also Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). Accordingly, on October 14, 2011, this court ordered

appellant to show cause, in writing, why this appeal should not be dismissed for want of jurisdiction.  No response has been filed.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

Do not publish